# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **SAVANNA KELLY,**<br><br>    Plaintiff,<br><br>v.<br><br>**ARROW TRANS CORP., ARCH INSURANCE COMPANY AND MARCIN STASKIEWICZ,**<br><br>    Defendants. | **CIVIL ACTION FILE NO.:**<br>**1:20-CV-02143-ELR** |

## THE PARTIES' JOINT NOTICE OF SETTLEMENT

COME NOW, the parties and jointly notify the Court that they have reached a settlement in the above-styled case. The parties hereby request that all deadlines be stayed while the settlement documents are finalized.

Respectfully submitted this 16th day of September, 2020.

                                             **HALL BOOTH SMITH, P.C.**

                                             */s/ Brenden P. Dougherty*
                                             SCOTT H. MOULTON
                                             Georgia Bar No. 974237
                                             BRENDEN P. DOUGHERTY
                                             Georgia Bar No. 959508
                                             *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
Phone: (404) 954-5000
Fax: (404) 954-5020
smoulton@hallboothsmith.com
bdougherty@hallboothsmith.com

**FRIED GOLDBERG LLC**

*/s/ Michael L. Goldberg*

*(signed with express permission)*
**MICHAEL L. GOLDBERG**
Georgia Bar No. 299472
3550 Lenox Road N.E.
Suite 1500
Atlanta, GA 30326
404-591-1800
michael@friedgoldberg.com
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAVANNA KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>ARROW TRANS CORP., ARCH INSURANCE COMPANY AND MARCIN STASKIEWICZ,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:20-CV-02143-ELR |

## CERTIFICATE OF COMPLIANCE

The foregoing **THE PARTIES' JOINT NOTICE OF SETTLEMENT** is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

This 16th day of September, 2020.

                                                **HALL BOOTH SMITH, P.C.**

                                                */s/ Brenden P. Dougherty*
                                                SCOTT H. MOULTON
                                                Georgia Bar No. 974237
                                                BRENDEN P. DOUGHERTY
                                                Georgia Bar No. 959508
                                                *Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SAVANNA KELLY,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**ARROW TRANS CORP., ARCH INSURANCE COMPANY AND MARCIN STASKIEWICZ,**<br><br>     **Defendants.** | **CIVIL ACTION FILE NO.: 1:20-CV-02143-ELR** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **THE PARTIES' JOINT NOTICE OF SETTLEMENT** upon all parties to this matter by depositing a true copy of same by electronic filing, which will provide electronic notice to the following:

> Michael L. Goldberg
> Fried Goldberg, LLC
> Three Alliance Center
> 3550 Lenox Road, NE
> Suite 1500
> Atlanta, GA 30326

This <u>16th</u> day of September, 2020.

[SIGNATURE PAGE FOLLOWS]

**HALL BOOTH SMITH, P.C.**

*/s/ Brenden P. Dougherty*
SCOTT H. MOULTON
Georgia Bar No. 974237
BRENDEN P. DOUGHERTY
Georgia Bar No. 959508
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
Phone: (404) 954-5000
Fax: (404) 954-5020
smoulton@hallboothsmith.com
bdougherty@hallboothsmith.com