**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SAVANNA KELLY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:20-CV-02143-ELR |
| | * | |
| ARROW TRANS CORP. et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**O R D E R**

The Parties filed a Joint Notice of Settlement indicating that they have reached a settlement in principle. [Doc. 29]. For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The Parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the Parties should promptly move to reopen the case.

**SO ORDERED**, this 18th day of September, 2020.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia